UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

RHM INDUSTRIAL/SPECIALTY
FOODS, INC.,                               NO. CIV. S-09-2990 LKK

    Debtors.
_____/                 <u>O R D E R</u>

    On October 26, 2009, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, and SS Farms, LLC ("appellants") filed a notice of appeal of an order of the Bankruptcy Court disqualifying Kasowitz, Benson, Torres & Friedman as counsel in any proceedings adverse to the debtors. Appellants' opening brief was due on February 3, 2010. Appellants failed to file the brief.

    For the foregoing reasons the court ORDERS appellants to SHOW CAUSE as to why this appeal should not be closed for failure to prosecute within fourteen (14) days of the issuance of this order. If no response is filed, the court will terminate the appeal.

1   IT IS SO ORDERED.

2   DATED:   December 15, 2010.

3

4
          _____
5          LAWRENCE K. KARLTON
           SENIOR JUDGE
6          UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26